Case: 1:26-mj-000161
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/16/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Friday, September 12, 2026, at approximately 1757 hours, members of the Metro Transit Police Department (MTPD), received a call to the Brookland CUA Metro Station, located at 890 Monroe St NE, for a report of a bag containing a firearm and a male, later identified to be James STROMAN (DOB: [redacted]) (hereinafter "STROMAN") banging on the Station Manger's booth while attempting to retrieve the bag that he had left on the platform.

A review of the station surveillance video was conducted by Detective Victor Torres, (MTPD), which showed STROMAN walking through the bus bay area of the Brookland Metro Station, arriving from Monroe Street, and entering the station using his SmartTrip card at 16:25 hours. STROMAN was wearing a white shirt, dark blue hat, black sweater, blue and red shorts, white socks, and was carrying a dark blue backpack with a brightly colored umbrella. The footage shows STROMAN walking up the escalator to the platform with a dark blue backpack on his shoulder, and an umbrella in his hand.



*STROMAN entering the Brookland CUA Metro gate with the backpack on his shoulder*



*STROMAN walks up the escalator to the platform with the backpack on his shoulder and the umbrella in his hand*

Surveillance footage from the platform also showed that at approximately 1626 hours, STROMAN approaches the ledge on the platform of metro with the umbrella and backpack still on his shoulder:




The surveillance footage from cameras on the platform then reveals STROMAN placing the bag on the platform ledge above the escalators while waiting for the train. He then proceeds to leave the bag on the platform before boarding the metro as it arrived.




*STROMAN on the Brookland platform at the location where the backpack was left*




*STROMAN entering the train car with the bag left on the platform ledge*

The surveillance footage reviewed by Detective Torres reveals that just before entering the train, STROMAN speaks with a female Allied Special Police Officer (SPO) before entering the train. Apparently distracted while speaking with the female SPO, he leaves the backpack and the umbrella on the ledge on the metro platform. The footage then reveals a different SPO, Robert Grady, exiting the train car and retrieving the abandoned bag from the platform. Upon briefly

inspecting the bag, SPO Grady observed a wallet and a black radio, then turned the bag over to the Station Manager, Bradford Owusu, at 1639 hours. Owusu then searches the contents of the bag, revealing the firearm and reporting it to MTPD. Several minutes later, at approximately 1647 hours, STROMAN returned to the Brookland metro stop, came to the Station manager's booth and began demanding that the bag be returned to the station. At approximately 1757 on body worn camera, Officer Lamont Capers (MTPD) arrived to find STROMAN at the station manager booth attempting to retrieve the bag.

CCS officer Mullen identified the firearm as a Kel-Tec P-11, Serial # 117093. The firearm contained a magazine loaded with ten (10) rounds of ammunition and had zero (0) rounds in the chamber. The firearm appeared to be fully functional, capable of expelling projective by means of an explosion, had a barrel length of less than twelve (12) inches, and was capable of being fired with the use of one hand. After being taken into evidence, the following photograph of the firearm was taken:



*Photograph of the firearm taken from the backpack*

### *STROMAN's Confession in the Custodial Interview*

After being taken into custody on the same day, September 12, 2026, at approximately 1943 hours, Detective Torres conducted a custodial interview of STROMAN. STROMAN signed a waiver of his rights and agreed to speak with Detective Torres about the incident. In the custodial interview, STROMAN makes the following admissions:

- At 14:01 in the custodial interview STROMAN states "I purchase a gun, you know, just for my safety, you know what I'm saying? To protect myself 'cause I gotta, I gotta work."
- At 15:32 STROMAN also admits to Detective Torres that he purchased the gun for $500 and that "it's been in my book bag, literally, you know what I'm saying? Almost three months."
- At 16:50, STROMAN explains that the gun was purchased via a proxy from an individual that STROMAN claims not to know. He also explains that when he received the gun from the unknown individual it also included seven bullets in the magazine which were included in the purchase.
- At 17:40, STROMAN says "only thing you'll see my fingerprints on when the dude gave me the bullets, I put the bullets in the chamber and its been sitting there for three months, sir. I put it in my book bag."
- At 19:00 STROMAN explains the story of how the bag ended up at the station. He alleges that he was tying his shoes when the train arrived which caused him to forget his book bag on the platform as he was getting on the train. He alleges that the book bag was left alongside his daughter's strawberry shortcake umbrella.
- At 19:48 STROMAN explains that upon realizing he had left his bag, he got off at the LaSalle Rd and 19th Ave metro station and came back to the Brookland-CUA platform. He knocked on the station platform to inquire whether someone had reported the book bag and the umbrella.
- At 22:10, STROMAN explains to Detective Torres that the gun was in the book bag and explains that he keeps it "folded up . . . [i]t ain't loose or nothing . . . I keep it folded up in a hat."
- At 26:47 Detective Torres shows STROMAN the following picture of the backpack taken by law enforcement and asks STROMAN if that was the backpack with the gun inside.



- STROMAN says "Yes, sir" in response. STROMAN then explains that he keeps the gun in the back pocket of the backpack. Further, at 28:10, STROMAN explains that there were seven rounds in the magazine with none in the chamber.

***Criminal History***

A criminal history check showed that STROMAN was previously convicted in D.C. Superior Court Case number 1996-FEL-008014 of: Second Degree Murder, for which STROMAN was sentenced to a total term of 18 years to life, and Conspiracy for which he was sentenced 20 months to 5 years. Records indicate that STROMAN was released on June 13, 2019, and his supervision was satisfactorily closed on December 6, 2024. Accordingly, STROMAN would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge James STROMAN with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

BRANDON TWENTYMON (Affiliate)

Digitally signed by BRANDON TWENTYMON (Affiliate)
Date: 2026.09.15 15:51:51 -04'00'

Det. Brandon Twentymon
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 16, 2026.

Honorable Moxila A. Upadhyaya
United States Magistrate Judge